

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-17-00675-CV

**IN RE CODY TEXAS, L.P.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

The petition for a writ of mandamus filed by relator Cody Texas, L.P. is DENIED. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 8,665, styled *BPL Exploration, Ltd. v. Cody Energy L.L.C., and Cody Texas, L.P.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.